HARRY RADER, Respondent, v. MAURICE SIMMONS, Individually and as Property Clerk of the Police Department of the City of New York, Appellant.— [See 264 App. Div. 415; 264 App. Div. 958.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. Motion to resettle order denied, with ten dollars costs. (See *Hofferman* v. *Simmons, ante,* p. 935, decided herewith.) Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

REALTY ASSOCIATES, INC., Appellant, v. AMERICAN PARTS ASSEMBLY CORPORATION et al., Respondents.— Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ALBERT RIVERA, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— [See 264 App. Div. 887; 264 App. Div. 958.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. Motion to resettle order. The judgment sought to be appealed from was not entered until November 21, 1942, and, therefore, the order granting leave to appeal from the order of affirmance may not be resettled so as to grant leave to appeal from the judgment. The motion will be treated as one for leave to appeal to the Court of Appeals from the judgment entered on the order of affirmance by this court, and as such it is granted. (Civ. Pr. Act, § 592, subd. 2.) Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

JULIA SIMEONE, as Administratrix of the Estate of JOSEPH SIMEONE, Deceased, Respondent, v. JERICHO TURNPIKE NURSERY, INC., et al., Appellants.— Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JOHN SMITH, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— [See 264 App. Div. 889; 264 App. Div. 958.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. The motion will be treated as one for leave to appeal to the Court of Appeals from the judgment entered on the order of affirmance by this court, and as such it is granted. (See *Rivera* v. *Simmons, ante,* p. 937, decided herewith.) Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

LUCIEN VAN ZANARY, Appellant, v. NATHAN DIAMOND, Respondent.— Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.